# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Stacy M. Smires aka Stacy M. Champ, :
Lanny S. Riffey, Cole M. Viani, :
William T. Albritton, David J. :
Glatfelter, Alfred H. Butler IV, :
Jose Javier Colon, Troy Lee :
Mundis, Michael J. Eisenhart II, :
Frank W. Sanfilippo, Vincent D. :
Martin, Harold Lee Williams, :
Matthew B. Hess, Howard :
Johnson, Christopher L. Gantz, :
Shawn Benedict, Matthew Richard :
Gallatin, Seth Edward Gray, :
Joshua M. Jackson, Jeremy D. :
Williams, Evan M. Zellman, :
Jena Spence, :
                 Petitioners :
                 :
             v. : No. 146 M.D. 2015
                 :
Don O'Shell, Clerk of Courts :
of York County, Pennsylvania :
and the Pennsylvania Department :
of Transportation, :
                 Respondents :

## AMENDMENT ORDER

AND NOW, this 26th day of October, 2015 the Court's opinion in the above matter, filed October 26, 2015, is amended to reflect the following corrections:

Page 5, first paragraph, third sentence should read:

Section **1550(a)** of the Vehicle Code states as follows:

Page 10, first full paragraph, first sentence should read:

PenDOT and the Clerk base their demurrer on the statutory remedy that Licensees have under Section **1550(a)** of the Vehicle Code to appeal their license suspensions "to the court vested with jurisdiction of such appeals by or pursuant to Title 42 (relating to judiciary and judicial procedure)."

In all other respects, the opinion and order shall remain in effect.

_____
MARY HANNAH LEAVITT, Judge